FILED IN OPEN COURT:
DATE: 08-17-05
TIME: 3:05 P.M.
INITIALS: e

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Cr. No. 02-20461-Ma
                                    Supervised Release
CLOVIS MAXWELL,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

For good cause shown, the Court hereby **GRANTS** defendant's Motion to Modify Conditions of Supervised Release. It is **HEREBY ORDERED** ands **DECREED** that Clovis Maxwell is to be **IMMEDIATELY RELEASED FROM DIERSON CHARITY COMMUNITY CORRECTIONS CENTER**. It is FURTHER ORDERED that Clovis Maxwell continue to follow all remaining conditions of his supervised release.

**IT IS SO ORDERED**, this the 17th day of August, 2005.

S. Thomas Anderson (USMJ)
JUDGE ~~SAMUEL H. MAYS, JR~~.
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-19-05

53

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:02-CR-20461 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable S. Anderson
US DISTRICT COURT