# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY AGJ D.C.

2005 AUG 30 PM 12: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

V.    CR. 02-20461-An

CLOVIS MAXWELL

### ORDER REFUNDING CASH APPEARANCE BOND

It appears to the Court that the above-named defendant on the 24th day of March, 2005, did cause a five thousand dollar ($5,000) appearance bond to be posted on his behalf by posting 10% or $500 in cash. Said $500 was receipted in the name of Colise White, receipt #M93975, having been deposited in the Registry Fund of this Court.

It now appears to the Court that the defendant has complied with the requirements of said bond and orders of this Court.

It is therefore ordered that the above-named defendant's appearance bond be cancelled and discharged, and the Clerk is directed to issue a check in the sum of five hundred dollars ($500), payable to Colise White, 1127 S. Prescott St., Memphis, TN, 38111, in full refund of the cash appearance bond posted herein.

Approved:

Thomas M. Gould, Clerkk of Court

By: _____
Deputy Clerk

_____
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: August 26, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-31-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:02-CR-20461 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable S. Anderson
US DISTRICT COURT